IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMMY L. HARTLAUB,** | : Civ. No. 1:20-CV-910 |
| **Plaintiff,** | : |
| vs. | : |
| **MANUFACTURERS AND TRADERS TRUST COMPANY,** | : |
| **Defendant.** | : Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that (1) Defendant Manufacturers and Traders Trust Company's partial motion to dismiss for failure to state a claim (Doc. 13) is **GRANTED**; and (2) Count II of the amended complaint is **DISMISSED** without prejudice to Plaintiff Tammy L. Hartlaub's right to amend her claim within 21 days of this order if she has a reasonable basis for doing so.

Dated: March 1, 2021

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge